IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THOMAS MARVIN FERRIEL, II
ADC #137119                                                                    PLAINTIFF

v.                          Case No. 5:10-cv-325-DPM

RAY HOBBS, GRANT E. HARRIS,
MARK CASHION, RONALD GANA,
JOHNNIE HARRIS, SHAMON TYLER,
C. LAGRONE, ANGELA LEWIS,
TERESA WILLIAMS, P. SMITH, FORD,
and L. HICKS                                                                   DEFENDANTS

## JUDGMENT

Ferriel's complaint as amended is dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 April 2011